I, William Hiddeman, would like to request an extension of time due to the fact that I am waiting on my income tax refund to hire a lawyer. I understand under penalty of law that this statement is correct.

William L Hiddeman Jr.
Case # 16-10250-mdc

FILED
JAN 21 2016